IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUN 27  A II: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| LINDA SPIVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 2:07-CV-594-WHA |
| | ) | |
| FRED'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

COMES NOW the Defendant, Fred's Stores of Tennessee, Inc. incorrectly identified in Plaintiff's Complaint as Fred's Inc. (hereinafter referred to as "Fred's"), and files this Notice of Removal of this case from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of said removal, Fred's shows unto the Court as follows:

1.      On May 22, 2007, the Plaintiff, Linda Spivey, filed a Complaint in the Circuit Court of Montgomery County, Alabama, and bearing Civil Action Number CV-07-900329. (A copy of the Complaint is attached hereto as Exhibit A).

2.      The Complaint sets forth claims for negligence and negligent infliction of emotional distress against Fred's. (Exhibit A). The Plaintiff seeks damages for bodily damage and pain and suffering. The Plaintiff seeks compensatory and punitive damages against Fred's. Additionally, the Plaintiff seeks an "award of costs, attorney's fees and expenses as may be permitted by law or equity." (Exhibit A).

3.    Upon information and belief, the Plaintiff, Linda Spivey, is an individual resident citizen of Crenshaw County, Alabama. (Exhibit A).

4.    Fred's is incorporated under the laws of the State of Tennessee with its principal place of business in Tennessee. (Affidavit of Bradley D. McAdory, attached hereto as Exhibit B).

5.    Fred's was served with a copy of the Summons and Complaint in this case on May 30, 2007.

6.    Therefore, since it has been less than thirty (30) days since Fred's was served with the Summons and Complaint, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

11.    This Court has diversity jurisdiction of this matter pursuant to 28 U.S.C. §§ 1332 because the suit involves citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. This is a removable action pursuant to 28 U.S.C. § 1441(a).

12.    Fred's has provided a copy of this Notice of Removal to all adverse parties and to the Clerk of the Circuit Court of Montgomery County, Alabama in accordance with 28 U.S.C. § 1446(d).

WHEREFORE, PREMISES CONSIDERED, Fred's Stores of Tennessee, Inc. requests this Honorable Court to take jurisdiction of this case and issue all necessary orders and process in order to remove the case from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted,

Daniel S. Wolter (WOL012)
Ashley E. Manning (MAN048)
Attorneys for Defendant Fred's Stores of
Tennessee

**OF COUNSEL:**

**Gaines, Wolter & Kinney, P.C.**
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
Phone: (205) 980-5888
Fax:    (205) 980-1098

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties by placing a copy of same in the United States Mail, properly addressed and postage prepaid, this the _26_ day of June, 2007, to:

Jackson B. Harrison, Esquire
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117

OF COUNSEL

3

# EXHIBIT A

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>03-CV-2007-900329.00 |
|---|---|---|

### IN THE CIVIL COURT OF MONTGOMERY, ALABAMA
### LINDA SPIVEY v. FRED'S, INC.

**NOTICE TO** FRED'S, INC., 4300 NEW GETWELL RD., MEMPHIS TN, 38118

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY JACKSON HARRISON

WHOSE ADDRESS IS 8425 CROSSLAND LOOP, MONTGOMERY AL, 36117

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   LINDA SPIVEY
pursuant to the Alabama Rules of the Civil Procedure

| 5/22/2007 1:59:29 PM | /s MELISSA RITTENOUR | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s JACKSON HARRISON

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____   _____

Date   Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>03-CV-200<br>Date of Filing:<br>05/22/2007 |  |
|---|---|---|---|

ELECTRONICALLY FILED<br>5/22/2007 1:59 PM<br>CV-2007-900329.00<br>CIRCUIT COURT OF<br>MONTGOMERY COUNTY, ALABAMA<br>MELISSA RITTENOUR, CLERK

## GENERAL INFORMATION

### IN THE CIRCUIT OF MONTGOMERY COUNTY, ALABAMA
### LINDA SPIVEY v. FRED'S, INC.

**First Plaintiff:** ☐ Business  ☑ Individual  **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other  ☐ Government  ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS  (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture
Appeal/Enforcement of Agency Subpoena/Petition to
Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☐ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory
Judgment/Injunction Election Contest/Quiet Title/Sale For
Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**  F☑ INITIAL FILING      A☐ APPEAL FROM      O☐ OTHER
DISTRICT COURT

R☐ REMANDED      T☐ TRANSFERRED FROM
OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ Yes  ☐ No

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**  HAR285      5/22/2007 1:58:36 PM      /s JACKSON HARRISON

**MEDIATION REQUESTED:**  ☐ Yes  ☑ No  ☐ Undecided

ELECTRONICALLY FILED
5/22/2007 1:59 PM
CV-2007-900329.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| LINDA SPIVEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. CV-2007_____ |
| | ) |
| FRED'S, INC. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendant. | ) |

## COMPLAINT

### I. PARTIES

COMES NOW Plaintiff, LINDA SPIVEY, by and through counsel and respectfully pleads and alleges as follows:

1.    Plaintiff, LINDA SPIVEY, is an individual who is over the age of nineteen and resides in Crenshaw County, Alabama.

2.    Defendant, FRED'S, INC., is a corporation whose Articles of Incorporation are filed in the State of Tennessee and whose address is 4300 NEW GETWELL RD., Memphis, TN 38118.

### II. JURISDICTION AND VENUE

3.    This Court has jurisdiction over this action pursuant to Ala. Code § 12-11-30(1).

4.    This Court has venue over this action pursuant to Ala. Code § 6-3-7(a)(1).

### III. FACTUAL ALEGATIONS

7.   On or about November 11, 2006, Plaintiff was a customer in the Eastern Boulevard location of the Defendant.

8.   The Defendant negligently displayed a large, heavy picture along the walkway of its customers.

9.   While in the Defendant's store, the large picture fell from the wall and injured the Plaintiff.

10.  The Plaintiff has suffered bodily damage and pain and suffering as a direct result of the previously stated incident.

### IV. CAUSES OF ACTION

**COUNT ONE- NEGLIGENCE**

11.  Plaintiff realleges all allegations and averments contained in paragraphs (1) through (10) as if fully set out herein.

12.  The Defendant owed the Plaintiff a duty of care to not place the Plaintiff in danger of damage or loss by securing and ensuring that the walkway inside the store of the Defendant was free from falling objects.

13.  The Defendant breached that duty of care to the Plaintiff by failing to secure the walkway inside the store of the Defendant and allowing a large, heavy picture to fall from the rafters injuring the Plaintiff.

14.  The Defendant's breach of its duty of care to the Plaintiff caused the Plaintiff to be damaged physically and emotionally.

WHEREFORE, the Plaintiff, LINDA SPIVEY, demands judgment against the Defendant, FRED'S, INC.., any and all compensatory damages she has suffered as a result of the Defendant's negligence. Additionally, the Plaintiff demands judgment for punitive damages against the Defendant, FRED'S, INC..

**COUNT TWO- NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

15.  Plaintiff realleges all allegations and averments contained in paragraphs (1) through (10) as if fully set out herein.

16.  The Defendant owed the Plaintiff a duty of care to negligently cause the Plaintiff emotional distress.

17.  The Defendant breached that duty of care to the Plaintiff by failing to secure the walkway inside the store of the Defendant and allowing a large, heavy picture to fall from the rafters injuring the Plaintiff.

18.  The Defendant's breach of its duty of care to the Plaintiff caused the Plaintiff to suffer severe emotional distress.

WHEREFORE, the Plaintiff, LINDA SPIVEY, demands judgment against the Defendant, FRED'S, INC.., any and all

compensatory damages she has suffered as a result of the Defendant's negligent infliction of emotional distress. Additionally, the Plaintiff demands judgment for punitive damages against the Defendant, FRED'S, INC..

## V.    PRAYER FOR RELIEF

WHEREFORE, based on the foregoing, Plaintiff, LINDA SPIVEY, respectfully prays that this Court:

(a)  Assume jurisdiction over this action;

(b)  Empanel a jury to decide such triable issues as may exist in this case;

(c)  Grant to Plaintiff such relief to which it is entitled;

(d)  Make such award of costs, attorney's fees and expenses as may be permitted by law or equity.


Respectfully submitted this 22nd day of MAY, 2007.


/S/ JACKSON B. HARRISON
Jackson B. Harrison (HAR 285)
Attorney for Plaintiff


OF COUNSEL:
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920
(334) 819-8923 (fax)

# EXHIBIT B

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| LINDA SPIVEY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CV-07-900329 |
| | ) | |
| FRED'S, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF BRADLEY D. McADORY

**STATE OF TENNESSEE    )**

**SHELBY COUNTY          )**

Before me, the undersigned authority, a Notary Public in and for said State and County, personally appeared, who being by me first duly sworn, doth depose and say as follows, to wit:

1. My name is Bradley D. McAdory. I am over the age of nineteen and a resident of Shelby County, Tennessee. I have personal knowledge of the matters set forth in this Affidavit.

2. I am the Assistant General Counsel for Fred's Stores of Tennessee, Inc.

3. Fred's Stores of Tennessee, Inc. is a corporation organized and existing under the laws of the State of Tennessee and which at all times relevant to the Complaint, was authorized to conduct business in Alabama.

Further Affiant saith not.

_____

Bradley D. McAdory

STATE OF TENNESSEE
COUNTY OF SHELBY

Sworn to and subscribed before me this 20ᵗʰ day of _____June_____, 2007.

_____
Notary Public

My commission expires: February 26, 2008

2