IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LINDA SPIVEY, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-CV-594-WHA
)
FREDS, INC., )
)
Defendants, )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Fred's Stores of Tennessee, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Fred's, Inc. | Parent Company |
| Fred's Stores of Tennessee, Inc. | Subsidiary |

7/13/2007                     /s/ Daniel S. Wolter
Date                          (Signature)

                              Daniel S. Wolter
                              (Counsel's Name)

                              Fred's Stores of Tennessee, Inc.
                              Counsel for (print names of all parties)
                              Gaines, Wolter & Kinney, P.C.
                              3500 Blue Lake Drive, Suite 425, Birmingham, Alabmaa 35243
                              Address, City, State Zip Code
                              (205) 980-5888
                              Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u>             DIVISION

## CERTIFICATE OF SERVICE

I, <u>Daniel S. Wolter</u>              , do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>electronic mail</u>         (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>13th</u>   day of <u>July</u>       20<u>07</u>, to:

Jackson B. Harrison, Esq., The Harrison Firm, LLC, 8425 Crossland Loop, Montgomery, Alabama 36117

<u>7/13/2007</u>                              <u>/s/ Daniel S. Wolter</u>
Date                                          Signature