UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LINDA SPIVEY ) | |
| ) | 2007 JUL 20 P 1: 03 |
| Plaintiff, ) | |
| ) | DEBRA P. HACKETT, CLK |
| vs. ) | U.S. DISTRICT COURT |
| ) | CASE NO. 2:07-CV-594-WHA |
| FRED'S, INC. ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, DOROTHY A. LANGFORD, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047: this party is an individual and has no reportable relationships that could potentially pose a financial or professional conflict.

Respectfully submitted this the 20th day of July, 2007.

_____
Jackson B. Harrison (HAR285)
Attorney for Plaintiff

OF COUNSEL:
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920
(334) 819-8923 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 20TH day of JULY, 2007, viz:

DANIEL S. WOLTER, ESQ.
GAINES, WOLTER & KINNEY, P.C.
3500 BLUE LAKE DR.
SUITE 425
BIRMINGHAM, AL 35243

[ xx ] U.S. MAIL   [ ] HAND DELIVERY   [ ] FACSIMILE   [ ] FEDEX

_____
OF COUNSEL