IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LINDA SPIVEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NUMBER:** |
| | ) | **2:07-CV-594-WHA** |
| **FRED'S, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**REPORT OF PARTIES PLANNING MEETING**

1.  Pursuant to Fed. R. Civ. P. 26(f), the parties to this action conferred on August 22, 2007, and are in agreement to the conditions contained herein. Those participating in this conference were:

    Jackson B. Harrison on behalf of Linda Spivey, and

    Ashley E. Manning on behalf of Fred's Stores of Tennessee, Inc.

2.  This case involves allegations of negligence and negligent infliction of emotional distress. Plaintiff Linda Spivey alleges she was injured while a customer at Fred's when a picture fell from the wall.

    Defendant Fred's Stores of Tennessee, Inc. denies any wrongdoing as alleged in the Complaint and denies any liability for negligence and/or negligent infliction of emotional distress.

3.  Pre-Discovery Disclosures.

The parties shall exchange the information required by Local Rule 26.1(a)(1) by September 28, 2007.

4.     Discovery Plan.

The parties jointly propose to the court the following discovery plan:

(a)     Discovery will be needed on the following subjects:

    (i)     Liability on the part of the Defendant;

    (ii)    Damages; and

    (iii)   Defendant's affirmative defenses.

(b)     All discovery will be completed by April 30, 2008;

(c)     Each party will be limited to 5 depositions, excluding experts;

(d)     A maximum of 40 interrogatories by each party to any other party will be allowed with responses due 30 days after service;

(e)     A maximum of 40 requests for production by each party to any party will be allowed with responses due 30 days after service;

(f)     A limit of 25 requests for admissions by each party to the other party will be allowed with responses due 30 days after service; and

(g)     Reports from retained experts under Rule 26(a)(2) due:

    (i)     from the Plaintiff by January 15, 2008;

    (ii)    from the Defendant by February 15, 2008.

5.     Other Items.

(a)     The parties do not request a conference with the Court before entry of the scheduling order.

(b)     Plaintiff should be allowed until October 31, 2007 to join additional parties and to amend the pleadings.

2

(c)     Defendant should be allowed until November 30, 2007 to join additional parties and to amend the pleadings.

(d)     Settlement can be evaluated at any time.

(e)     The parties request a final pretrial conference in June 2008.

(f)     Dispositive motions must be filed by May 30, 2008.

(g)     Pursuant to Fed. R. Civ. P. 26(a)(3), final lists of evidence that the parties intend to present at trial, including a list of all witnesses and exhibits to be presented, are due:

   (i)     from all parties by July 14, 2008;

   (ii)    parties shall have 10 days after service of these final lists of evidence to present objections and list rebuttal witnesses.

(h)     This case should be ready for trial by July 28, 2008, and at this time it is expected to take approximately two days.

/s/ Jackson B. Harrison
Jackson B. Harrison
Attorney for Plaintiff Linda Spivey

**OF COUNSEL:**
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117
Phone: (334) 819-8920
Fax:    (334) 819-8923

/s/ Ashley E. Manning
Daniel S. Wolter (WOL012)
Ashley E. Manning (MAN048)
Attorneys for Fred's Stores of Tennessee, Inc.

**OF COUNSEL:**
**GAINES, WOLTER & KINNEY, P.C.**
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
Phone: (205) 980-5888
Fax:    (205) 980-1098

3