IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA SPIVEY, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NUMBER: |
| | ) 2:07-CV-594-WHA |
| FRED'S, INC., | ) |
|     Defendant. | ) |

## AMENDED ANSWER

Comes Now the Defendant, Fred's Stores of Tennessee, Inc., incorrectly identified in Plaintiff's Complaint as "Fred's, Inc." (hereinafter "Fred's") and hereby amends its previously filed Answer to Plaintiff's Complaint as follows:

1. Fred's adopts and incorporates its previously filed Answer as if fully set forth herein.

2. Fred's asserts the defense of assumption of the risk.

3. Fred's denies the Plaintiff's alleged injuries and/or damages were caused by any act or omission by Fred's or any of its agents or employees.

4. Fred's reserves the right to assert additional defenses, including affirmative defenses, at a later date.

Respectfully Submitted,

s/Daniel S. Wolter
Daniel S. Wolter (WOL012)
Ashley E. Manning (MAN048)
Attorneys for Fred's Stores of Tennessee, Inc.

OF COUNSEL:
**Gaines, Wolter & Kinney, P.C.**
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
Phone: (205) 980-5888
Fax:    (205) 980-1098

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison, Esq.
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117


                                  s/Daniel S. Wolter
                                  OF COUNSEL