IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA SPIVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NUMBER: |
| | ) 2:07-CV-594-WHA |
| FRED'S, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT FRED'S STORES OF TENNESSEE, INC.'S INITIAL DISCLOSURES**

COMES NOW the Defendant, Fred's Stores of Tennessee, Inc. (hereinafter referred to as "Fred's"), and pursuant to the Report of Parties' Planning Meeting previously submitted to the Court, submits the following Initial Disclosures:

1. Witnesses:

Linda Spivey

Aaron Watkins
284 Smallbrook Drive
Montgomery, Alabama 36116

The Defendant reserves the right to supplement these disclosures upon learning the names of other witnesses through the course of discovery.

2. Documents:

Discoverable documents, to the extent said documents are in the possession of Fred's, will be made available for copying and inspection at the offices of Gaines, Wolter & Kinney, P.C.

3.  <u>Damages</u>:

At this time, Fred's does not make a claim for damages.

4.  <u>Insurance</u>:

Not applicable.

          Respectfully Submitted,

          /s/Daniel S. Wolter
          Daniel S. Wolter (WOL012)
          Ashley E. Manning (MAN048)
          Attorneys for Fred's Stores of Tennessee, Inc.

**OF COUNSEL:**
**Gaines, Wolter & Kinney, P.C.**
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
Phone: (205) 980-5888
Fax:   (205) 980-1098

## CERTIFICATE OF SERVICE

     I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison, Esq.
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117

          /s/Daniel S. Wolter
          OF COUNSEL