IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA SPIVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: |
| ) | 2:07-CV-594-WHA |
| FRED'S, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR A QUALIFIED PROTECTIVE ORDER
PURSUANT TO 45 C.F.R. § 164.512 (3)**

COMES NOW Fred's Stores of Tennessee, Inc., defendant in the above referenced action, and request that this Honorable Court enter, pursuant to 45 C.F.R. § 164.512(3), a Protective Order, allowing the defendant to obtain information from the plaintiff's health care providers and health care plans. In support of this motion, the defendant states as follows:

1.  The plaintiff's physical condition and her medical expenses are at issue in this litigation. In her complaint, the plaintiff has alleged to have sustained personal injuries as a result of the defendant's conduct.

2.  The defendant is entitled to issue subpoenas to the plaintiff's health care providers and health care plans requesting information and documentation regarding the plaintiff's medical records and charges for medical treatment.

3.  The defendant anticipates that the plaintiff's health care providers and health care plans are subject to the privacy requirements set forth at 45 C.F.R. § 164.512

and are prohibited from disclosing information regarding the plaintiff absent a Qualified Protective Order pursuant to 45 C.F.R. § 164.512(3).

4.      The defendant asserts that, should this Honorable Court enter a Protective Order, any information the defendant receives from the plaintiff's health care providers and/or health care plans will exclusively be used and disclosed only for the purpose of this litigation.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court enter a Protective Order, pursuant to 45 C.F.R. § 154.512(3) authorizing the plaintiff's health care providers and health care plans to disclose protected heath information for the purposes of this litigation only.

**NO ORAL ARGUMENT REQUESTED**

  Ashley E. Manning
Daniel S. Wolter (WOL012)
Ashley E. Manning (MAN048)
Attorneys for Fred's Stores of Tennessee, Inc.

**OF COUNSEL:**
**GAINES, WOLTER & KINNEY, P.C.**
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
Phone: (205) 980-5888
Email: ashley.manning@gwandk.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison, Esq.
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117


                                  /s/ Ashley E. Manning
                                  OF COUNSEL