IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA SPIVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:07-CV-594-WHA-TFM |
| ) | |
| FRED'S, INC., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Upon consideration of Defendant's *Motion for a Qualified Protective Order Pursuant to 45 C.F.R. § 164.512(3)* (Doc. #12; March 3, 2008), it is hereby

**ORDERED** that the **Plaintiff file a response by March 14, 2008** to show any cause why the motion should not be granted.

Done this 4th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE