IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA SPIVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:07-CV-594-WHA-TFM |
| | ) |
| FRED'S, INC., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Upon consideration of Defendant's *Motion for a Qualified Protective Order Pursuant to 45 C.F.R. § 164.512(3)* (Doc. #12; March 3, 2008), and Plaintiff's failure to show cause why such motion should not be granted, as instructed by the Court in its *Order* (Doc.# 13, entered March 4, 2008), it is hereby

**ORDERED** that the motion is granted, and **Defendant shall submit a draft order for the Court's consideration by March 25, 2008.**

Done this 18th day of March, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE