**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

March 25, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:    Spivey v. Fred's, Inc.**

**Case Number:    2:07-cv-00594-WHA**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include the electronic signatures.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 15   filed on    March 24, 2008.**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA SPIVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: |
| ) | 2:07-CV-594-WHA |
| FRED'S, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT FRED'S STORES OF TENNESSEE, INC.'S SUPPLEMENT TO MOTION FOR QUALIFIED PROTECTIVE ORDER PURSUANT TO 45 C.F.R. §164.512 (3)**

Comes Now Defendant Fred's Stores of Tennessee, Inc. and in compliance with this Court's Order entered March 18, 2008, supplements its Motion for Qualified Protective Order Pursuant to 45 C.F.R. § 164.512(3) as follows:

1. In compliance with this Court's Order, Defendant Fred's Stores of Tennessee, Inc. submits a proposed Qualified HIPAA Protective Order which is attached as Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Defendant Fred's Stores of Tennessee, Inc. respectfully requests this Honorable Court enter a Protective Order, pursuant to 45 C.F.R. § 154.512(3) authorizing the plaintiff's health care providers and health care plans to disclose protected heath information for the purposes of this litigation only.

Respectfully Submitted,

/s/ Ashley E. Manning (MAN048)
Daniel S. Wolter (WOL012)
Ashley E. Manning (MAN048)
Attorneys for Fred's Stores of Tennessee, Inc.

**OF COUNSEL:**
**GAINES, WOLTER & KINNEY, P.C.**
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243
Phone: (205) 980-5888
Email: ashley.manning@gwandk.com

### *CERTIFICATE OF SERVICE*

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jackson B. Harrison, Esq.
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, Alabama 36117

/s/ Ashley E. Manning (MAN048)
OF COUNSEL

2