IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINDA SPIVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  2:07cv594-WHA |
| ) | |
| ) | |
| FRED'S INC., ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

The court having concerns that the requisite amount in controversy to support the exercise of subject matter jurisdiction may not exist in this case, it is hereby ORDERED as follows:

1. In the Plaintiff's response to the Motion for Summary Judgment, which is due by April 24, 2008, in addition to the arguments and evidence regarding the substance of the motion, the Plaintiff shall also address whether the requisite amount in controversy for the exercise of diversity jurisdiction exists in this case.

2. In the Defendant's reply to the Plaintiff's response, which is due by May 1, 2008, the Defendant shall also address whether the requisite amount in controversy for the exercise of diversity jurisdiction exists in this case.

Done this 21st day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE