## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LINDA SPIVEY | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. <u>2:07-CV-594-WHA</u> |
| FRED'S, INC. | ) |
| Defendant. | ) |

### MOTION FOR REMAND

COMES NOW, the Plaintiff, Linda Spivey, by and through undersigned counsel, in response to the order of this Court to address the jurisdiction of the Court based upon 28 U.S.C.A. § 1332, submits its Motion for Remand of the above styled cause of action to the Circuit Court of Montgomery County, Alabama. In support of stated Motion the Plaintiff states as follows:

1) The Plaintiff's complaint for damages does not exceed the jurisdictional limit required by 28 U.S.C.A. § 1332. The Plaintiff demands judgment against the Defendant by and through her complaint for damages in the amount not exceeding $75,000.00.

2) The United States Supreme Court in <u>St. Paul Mercury Indemnity Co. v. Red Cab Co.</u>, 303 U.S. 283, 288-289 (1938), interpreted 28 U.S.C.A. § 1332 as follows: "The rule governing dismissal for want of jurisdiction in cases brought in the federal court is that, unless the law gives a different

rule, the sum claimed by the plaintiff controls if the claim is apparently made in good faith."

3) The well pleaded complaint rule affords the plaintiff, who is the master of the complaint, with the power to eschew federal jurisdiction and have the case tried in state court. <u>Holmes Group, Inc. v. Vornado Air Circulation Systems, Inc.</u>, 535 U.S. 826, 831 (2002).

WHEREFORE because this case is before this Honorable Court by and through 28 U.S.C.A. § 1332 and the Plaintiff has demanded judgment against the Defendant for an amount not exceeding the jurisdictional minimum to invoke federal jurisdiction, the Plaintiff demands that this Honorable Court grant her Motion to Remand the above styled case to state court.

Respectfully submitted this the 24th day of April, 2008.

_____
Jackson B. Harrison (HAR285)
Attorney for Plaintiff

OF COUNSEL:
The Harrison Firm, LLC
8425 Crossland Loop
Montgomery, AL 36117
(334) 819-8920
(334) 819-8923 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following persons by means of delivery shown below and to the location designated, properly addressed and delivery charges prepaid on this the 24th day of April, 2008, viz:

DANIEL S. WOLTER, ESQ.
ASHLEY MANNING, ESQ.
GAINES, WOLTER & KINNEY, P.C.
3500 BLUE LAKE DR.
SUITE 425
BIRMINGHAM, AL 35243

[ xx ] U.S. MAIL   [   ] HAND DELIVERY   [   ] FACSIMILE   [   ] FEDEX

_____
OF COUNSEL