IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA SPIVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv594-WHA |
| | ) | |
| FRED'S INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Strike (Doc. #23), filed on May 1, 2008, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before May 15, 2008** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 1st day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE