IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA SPIVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv594-WHA |
| | ) | |
| | ) | |
| FRED'S INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's response to the Plaintiff's Motion to Remand, it appears to the court that the Defendant has focused only on the procedural aspect of the Plaintiff's Motion and has not addressed, as Ordered by this court on April 21, 2008 (Doc. #20), the existence of the requisite amount in controversy in this case.

Because this court has an obligation independent of any motion by a party to determine the existence of subject matter jurisdiction, the Defendant is given until **May 8, 2008** to comply with this court's previous Order and address whether the requisite amount in controversy for the exercise of diversity jurisdiction exists in this case.

Done this 2nd day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE